

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00532-CV

**METSO MINERALS INDUSTRIES, INC.,**
Appellant

v.

**MAVERICK AGGREGATES, INC.,**
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-09-27789-MCVAJA
Honorable David A. Berchelmann, Jr., Judge Presiding

# O R D E R

Before the Court is Appellant's Motion for Temporary Orders seeking to stay the trial court proceedings pending this interlocutory appeal pursuant to Texas Rule of Appellate Procedure 29.3. Appellee has not responded to the motion.

It is ORDERED Appellant's Motion for Temporary Orders is in all things granted. All proceedings in the trial court matter (Cause No. 12-09-27789-MCCAJA) are suspended until such time as this Court makes a final determination on Appellant's accelerated interlocutory appeal from the trial court's denial of its Application to Compel Arbitration.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court